IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>              **Plaintiff,**<br><br>   v.<br><br>**SURECOM CORPORATION NV, d/b/a CAM4,**<br><br>              **Defendant.** | C.A. No. 1:18-cv-01350-CFC |

**JOINT MOTION TO EXTEND STAY**

Plaintiff Virtual Immersion Technologies LLC ("Plaintiff") and Defendant Surecom Corporation NV, d/b/a CAM4 ("Defendant", together with the Plaintiff, the "Parties") hereby notify the Court that the Parties are actively developing their agreement in principal that resolves all matters in controversy between them in the above-captioned action. The Parties still expect to jointly file a dismissal with prejudice of all claims between them, but need additional time, until shortly after May 1, 2019.

Accordingly, the Parties respectfully move (the "Motion") for an extension to the stay, granted by this Court's Order of February 12, 2019 (D.I. 19), staying all pending proceedings and deadlines between them, to be extended up to and including May 1, 2019. The Parties request this extension stay, subject to the approval of the Court, not for any purposes of delay, but so that they may finalize their settlement agreement and file dismissal papers without

1

incurring additional expenses. The requested extension stay should not disrupt the schedule in this case as a Rule 16 conference has not been scheduled in this matter.[1]

Dated: April 5, 2019

| DEVLIN LAW FIRM LLC | VENABLE LLP |
|---|---|
| */s/ Timothy Devlin* | */s/ Jamie L. Edmonson* |
| Timothy Devlin (No. 4241) | Jamie L. Edmonson (No. 4247) |
| Patrick R. Delaney (*Pro Hac Vice*) | Daniel A. O'Brien (No. 4897) |
| 1306 N. Broom St., 1st Floor | 1201 N. Market Street, Suite 1400 |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| Telephone: (302) 449-9010 | Telephone: (302) 298-3535 |
| Facsimile: (302) 353-425 | Facsimile: (302) 298-3550 |
| tdevlin@devlinlawfirm.com | jledmonson@venable.com |
| pdelaney@devlinlawfirm.com | daobrien@venable.com |
| | |
| *Attorneys for Plaintiff,* | -and- |
| *Virtual Immersion Technologies LLC* | |
| | Todd M. Nosher (*Pro Hac Vice*) |
| | Ralph A. Dengler (*Pro Hac Vice*) |
| | VENABLE LLP |
| | Rockefeller Center |
| | 1270 Avenue of the Americas, 25th Fl. |
| | New York, NY 10020 |
| | Telephone: (212) 307-5500 |
| | Facsimile: (212) 307-5598 |
| | TMNosher@Venable.com |
| | RADengler@Venable.com |
| | |
| | *Attorneys for Defendant,* |
| | *Surecom Corporation NV, d/b/a CAM4* |

SO ORDERED this _____ day of April, 2019.

_____
U.S. District Court Judge

---

[1] Pursuant to Local Rule 7.1.1, the undersigned certify that on April 5, 2019, counsel for the Parties met and conferred and agree to the relief sought in the Motion.