# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**SURECOM CORPORATION NV, d/b/a CAM4,**<br><br>  Defendant. | C.A. No. 1:18-cv-01350-CFC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the within action is hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: April 9, 2019

| | |
|---|---|
| DEVLIN LAW FIRM LLC | VENABLE LLP |
| */s/ Timothy Devlin* | */s/ Daniel A. O'Brien* |
| Timothy Devlin (No. 4241) | Jamie L. Edmonson (No. 4247) |
| Patrick R. Delaney (*Pro Hac Vice*) | Daniel A. O'Brien (No. 4897) |
| 1306 N. Broom St., 1st Floor | 1201 N. Market Street, Suite 1400 |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| Telephone: (302) 449-9010 | Telephone: (302) 298-3535 |
| Facsimile: (302) 353-425 | Facsimile: (302) 298-3550 |
| tdevlin@devlinlawfirm.com | jledmonson@venable.com |
| pdelaney@devlinlawfirm.com | daobrien@venable.com |
| | |
| *Attorneys for Plaintiff,* | -and- |
| *Virtual Immersion Technologies LLC* | |
| | Todd M. Nosher (*Pro Hac Vice*) |
| | Ralph A. Dengler (*Pro Hac Vice*) |
| | VENABLE LLP |
| | Rockefeller Center |
| | 1270 Avenue of the Americas, 25th Fl. |
| | New York, NY 10020 |

        Telephone: (212) 307-5500
        Facsimile: (212) 307-5598
        TMNosher@Venable.com
        RADengler@Venable.com

*Attorneys for Defendant,*
*Surecom Corporation NV, d/b/a CAM4*

SO ORDERED this \_\_\_\_\_ day of April, 2019.

_____
United States District Court Judge