IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VIRTUAL IMMERSION TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SURECOM CORPORATION NV, d/b/a CAM4,**<br><br>Defendant. | C.A. No. 1:18-cv-01350-CFC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the within action is hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: April 9, 2019

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
Patrick R. Delaney (*Pro Hac Vice*)
1306 N. Broom St., 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-425
tdevlin@devlinlawfirm.com
pdelaney@devlinlawfirm.com

*Attorneys for Plaintiff,*
*Virtual Immersion Technologies*
*LLC*

VENABLE LLP

/s/ Daniel A. O'Brien
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 298-3535
Facsimile: (302) 298-3550
jledmonson@venable.com
daobrien@venable.com

-and-

Todd M. Nosher (*Pro Hac Vice*)
Ralph A. Dengler (*Pro Hac Vice*)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Fl.
New York, NY 10020

Telephone: (212) 307-5500
Facsimile: (212) 307-5598
TMNosher@Venable.com
RADengler@Venable.com

*Attorneys for Defendant,*
*Surecom Corporation NV, d/b/a CAM4*

SO ORDERED this 11th day of April, 2019.

_____
United States District Court Judge